Submitted on record and briefs February 6, reversed and remanded April 1, 1998

Anthony F. EDGERTON,
*Appellant,*

*v.*

Ann Marie THOMPSON,
an individual;
MacLaren School for Boys;
Superintendent, Robert Jester;
State of Oregon
and Oregon Children's Services Division,
*Respondents.*

(95C13882; CA A97717)

956 P2d 1068

Truman A. Stone and Meyer, Elzinga, Gannett & Stone, P.C. filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Mary H. Williams, Assistant Attorney General, filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

 .

## PER CURIAM

Defendants concede that the trial court applied an incorrect standard of proof in granting their motion for summary judgment. They also concede that, under the correct standard, material issues of fact may exist. Accordingly, we reverse and remand for further proceedings.

Reversed and remanded.